# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **BRYAN BURNETT** | § | **CIVIL ACTION NO. 3:21-CV-935B** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **SANTANDER CONSUMER USA, INC.** | § | |
| *Defendant*. | § | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

Plaintiff Bryan Burnett, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendant, Santander Consumer USA, Inc ("Santander") without prejudice.

Santander has neither filed an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

| | |
|---|---|
| /s/ *Christina M. Fox* | /s/ *Nichole C. Howard* |
| Christina M. Fox | Nichole C. Howard |
| Local Counsel | Attorney-in-Charge |
| Texas Bar No. 24067604 | Texas Bar No. 24110018 |
| Law Office of Christina Fox, PLLC | Howard Law Firm, PLLC |
| 1205 Hall Johnson Road | 633 E. Fernhurst Dr., Suite 1204 |
| Colleyville, Texas 76034 | Katy, Texas 77450 |
| Telephone: (817) 519-8404 | Telephone: (346) 702-4344 |
| Facsimile: (817) 719-9109 | Facsimile: (346) 245-8037 |
| Email: cfoxlawoffice@gmail.com | Email: nichole@nhowardlaw.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR PLAINTIFF |

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May 2021, a true and correct copy of foregoing Plaintiff's Notice of Dismissal of Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Nichole C. Howard*
Nichole C. Howard